# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FELDMAN'S MEDICAL CENTER PHARMACY, INC.** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | | **(Action pending in** |
| | * | **DISTRICT OF MARYLAND)** |
| **CAREFIRST, INC.** | | |
| | * | |

\* \* \* \* \* \*

### LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA'S MOTION TO QUASH THE DEPOSITION OF KANDYCE COWART

**NOW INTO COURT** comes Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana ("Blue Cross"), which moves this Court for an Order under Federal Rule of Civil Procedures 45(c)(3) quashing the deposition of Kandyce Cowart, originally noticed for August 5, 2010, then re-noticed for August 24, 2010. For reasons as set forth more fully in the accompanying memorandum, good cause exists for the granting of Blue Cross' motion.

**WHEREFORE**, defendant, Blue Cross, moves this Court to grant this Motion to Quash the deposition of Kandyce Cowart.

Respectfully Submitted:

/s/ Charles A. O'Brien

_____
Charles A. O'Brien (LA Bar No. 10143)
Counsel for:
Louisiana Health Service and Indemnity Company
d/b/a Blue Cross and Blue Shield of Louisiana
5525 Reitz Avenue
Post Office Box 98029
Baton Rouge, LA 70898-9029
Telephone: (225) 295-2454
Facsimile: (225) 297-2760
Email: Andy.O'Brien@bcbsla.com

## CERTIFICATE

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing a copy of same in the United States Mail, postage prepaid and properly addressed, to their last known addresses.

Baton Rouge, Louisiana, this 20th day of August, 2010.

/s/ Charles A. O'Brien
_____
Charles A. O'Brien (LA Bar No. 10143)
Counsel for:
Louisiana Health Service and Indemnity Company
d/b/a Blue Cross and Blue Shield of Louisiana
5525 Reitz Avenue
Post Office Box 98029
Baton Rouge, LA 70898-9029
Telephone: (225) 295-2454
Facsimile: (225) 297-2760
Email: Andy.O'Brien@bcbsla.com